## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROADSIDE PROTECT, INC. | ) | |
| an Illinois corporation | ) | |
|       Plaintiff, | ) | No. |
| | ) | |
| v | ) | |
| | ) | |
| COACH-NET, INC. | ) | |
| an Arizona corporation | ) | JURY DEMANDED |
|       Defendant. | ) | |

## COMPLAINT

Plaintiff, Roadside Protect, Inc., an Illinois corporation having a principal place of business at 1255 Hamilton Parkway, Itasca, IL 60143 ("Roadside Protect" or "Plaintiff") brings this present action against Coach-Net, Inc., an Arizona corporation having a principal place of business at 130 E. John Carpenter Freeway, Suite 200, Irving Texas 75062 ("Coach-Net" or "Defendant").

### I. JURISDICTION AND VENUE

1.      This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. §1051 et seq., 28 U.S.C. §1338(a)-(b) and 28 U.S.C. §1331. This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. §1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

2.      Venue is proper in this Court pursuant to 28 U.S.C. §1391, and this Court may properly exercise jurisdiction over Defendant since the Defendant directly targets business activities toward consumers in Illinois and causes harm to Plaintiff's business within this Judicial

1

District.  Through at least the fully interactive commercial Internet websites operating under the Defendant's domain name, the Defendant has targeted sales from Illinois residents by operating online sales activities of Defendant's services, including Illinois.  The Defendant is committing tortious acts in Illinois, is engaging in interstate commerce and has wrongfully caused Plaintiff substantial injury in the State of Illinois

## II.  THE PARTIES

Plaintiff

3.      Roadside Protect is a company formed in August 2002, and continues to operate its business throughout the United States from its main office in Itasca, Illinois.  Roadside Protect's business comprises offering and furnishing its clients with vehicle roadside assistance, namely, having its affiliates respond to client calls for roadside assistance, flat tire changing, emergency fuel supply, and battery jump starting through a nationwide network of providers of these services.  Plaintiff's clients apply for membership and enroll in the service program provided by Plaintiff.  Plaintiff's clients include business entities, vehicle fleets, and individual vehicle users who require efficient and prompt emergency roadside assistance.  Since 2003, Plaintiff has continually offered its services under the service mark ROADSIDE PROTECT, which is prominently displayed on Plaintiff's present website, as shown in Exhibit A, and on other of Plaintiff's materials used in the marketing and promotional materials distributed by Plaintiff in the conduct of its business.  Plaintiff has never abandoned its ROADSIDE PROTECT mark, and spends significant resources in promoting its services and brand to the consuming public.

4.      On August 6, 2013, Plaintiff was awarded U.S. Service Mark Registration No. 4,379,337 for the mark ROADSIDE PROTECT directed to the following services:  "Emergency

roadside assistance services, namely, responding to calls for roadside assistance, flat tire changing, emergency fuel supplying, and battery jump starting" in International Service Mark Class 037. Plaintiff's registration claims a first use date of the subject mark as January 30, 2003. Plaintiff's registration is presently valid, subsisting, and in full force and effect. A copy of our client's Certificate of Registration for its ROADSIDE PROTECT mark, issued by the Patent and Trademark Office is attached as Exhibit B. Plaintiff's registration constitutes *prima facie* evidence of the validity of the statements in the Certificate of Registration, and of Plaintiff's exclusive right to use the ROADSIDE PROTECT mark pursuant to 15 U.S.C. §1057(b).

5.      Plaintiff's service mark ROADSIDE PROTECT is distinctive when used by Plaintiff and its affiliates, signifying to the user that the services come from Plaintiff's affiliates, and are consistent with Plaintiff's quality standards. Whether Plaintiff provides the services itself, or authorizes its affiliated providers to do so, Plaintiff has ensured that services provided under its ROADSIDE PROTECT mark are performed in accordance with the highest quality standards. Plaintiff's goodwill and reputation associated with its ROADSIDE PROTECT service mark are of incalculable and inestimable value to Plaintiff.

Defendant

6.      Defendant Coach-Net, Inc. is an Arizona corporation with a principal office in Irving, Texas. Coach-Net is in the business of offering roadside assistance services to owners and operators of recreational and other personal vehicles owned, rented, borrowed or leased, including vehicle towing, flat tire assistance, fluid delivery, jumpstarts and other services. According to Coach-Net's advertising material, their services are offered throughout the United States, Canada and Mexico.

7.      Plaintiff has recently noted that apparently in January 2015, Coach-Net began to offer the above services on its website under the service mark "ROADSIDE PROTECT" without authorization or license from Plaintiff.  Examples of pages from Coach-Net's current interactive commercial website displaying the ROADSIDE PROTECT mark are attached as Exhibit C, which website pages are accessible to consumers in this judicial district and throughout the State of Illinois.  Upon information and belief, Coach-Net has offered its services, and obtained customers for its services, in this judicial district and in the State of Illinois.

8.      Additionally, Defendant has begun offering and advertising other vehicle assistance products and programs under the following marks to the consuming public and trade designated in Defendant's advertising as the "Coach-Net Protect Suite Marks:"

HAZARD PROTECT – tire and wheel protection on new and used vehicles.

RV PROTECT – extended service vehicle maintenance agreements.

ASSET PROTECT – asset insurance services directed to vehicle owners and users.

FINISH PROTECT –vehicle paint and fabric maintenance and repair service agreements.

(the "Coach-Net Protect Suite" marks)

9.      Plaintiff and Defendant are offering the same or similar services to the same or similar portions of the vehicle owners and users market in the United States under the same ROADSIDE PROTECT service mark that has been used by Plaintiff continually since 2003.  As a result, the public and the trade will likely be confused as to the source of services identified by and offered through the business activities of Plaintiff and Defendant.  Plaintiff is the first user of the ROADSIDE PROTECT mark, and its registration of that mark provides Plaintiff with the *prima facie* exclusive right to use that mark in commerce in the United States.  Defendant's use of the exact mark in the same industry has and will continue to irreparably harm the business and

4

reputation of Plaintiff unless such use by Defendant is enjoined by this Court. In addition, Plaintiff has suffered, and will continue to suffer, damages due to Defendant's unlawful conduct as described above, in an amount presently undeterminable by Plaintiff.

10. A prominent feature of Plaintiff's ROADSIDE PROTECT registered service mark is the term PROTECT. Each of Defendant's Coach-Net Protect Suite marks also incorporate the term PROTECT, and Defendant is using the Coach-Net Protect Suite marks along with the mark ROADSIDE PROTECT to identify a family of its related vehicle assistance products and plans.

11. Coach-Net's use of the ROADSIDE PROTECT service mark and the Coach-Net Protect Suite marks in connection with the advertising, offering for sale and sale of Defendant's services as detailed above, is likely to cause, and upon information and belief has caused confusion, mistake and deception by and among consumers and continues to irreparably harm Plaintiff' reputation and ability to conduct its business free from Defendant's acts of service mark infringement and unfair competition.

COUNT 1

SERVICE MARK INFRINGEMENT (15 U.S.C. §1114)

12. Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 11 as if fully set forth herein.

13. This is a service mark infringement action against Defendant based on Defendant's unauthorized use in commerce of Plaintiff's registered ROADSIDE PROTECT mark and the Coach-Net Protect Suite marks in connection with the sale, offering for sale, distribution and/or advertising of infringing services. Plaintiff's ROADSIDE PROTECT mark is

a highly distinctive mark, in use since 2003, and the trade and consuming public have come to expect the highest quality from the services offered, performed or marketed by Plaintiff and its affiliates under the ROADSIDE PROTECT service mark.

14.     Defendants have sold, offered to sell, marketed, provided, advertised and are still selling, offering to sell, marketing, providing and advertising services prominently displaying Plaintiff's ROADSIDE PROTECT mark and the Coach-Net Protect Suite marks without Plaintiff's authorization or permission.

15.     Plaintiff is the exclusive owner of the ROADSIDE PROTECT mark, and the United States Registration for the ROADSIDE PROTECT mark (Exhibit B) is in full force and effect.   Upon information and belief, Defendant had knowledge of Plaintiff's rights in the ROADSIDE PROTECT mark and is willfully infringing the ROADSIDE PROTECT mark. Defendant's willful, intentional and unauthorized use of the ROADSIDE PROTECT mark and the Coach-Net Protect Suite marks is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of Plaintiff's and Defendant's services among the general public and the trade.

16.     Defendant's activities constitute willful trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. §1114.

17.     Plaintiff has no adequate remedy at law, and if Defendant's actions are not enjoined, Plaintiff will continue to suffer irreparable harm to its reputation and the goodwill of its business and its well-known ROADSIDE PROTECT mark.

18.     The injuries and damages sustained by Plaintiff have been directly and proximately caused by Defendant's wrongful use, advertisement, promotion, offering to sell, and sale of its services under Plaintiff's ROADSIDE PROTECT service mark, and by Defendant's

wrongful use, advertising, offering to sell and sale of its services under the Coach-Net Protect Suite marks.

COUNT II

FALSE DESIGNATION OF ORIGIN (15 U.S.C. §1125(a))

19.     Plaintiff hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 18 as if fully set forth herein.

20.     Defendant's promotion, marketing, offering for sale, and sale of its roadside assistance services under the ROADSIDE PROTECT and the Coach-Net Protect Suite marks has created and is creating a likelihood of confusion, mistake and deception among the general public and the trade as to the affiliation, connection or association with Plaintiff, or the origin, sponsorship or approval of Plaintiff in offering and performing Defendant's services.

21.     Defendant's use of Plaintiff's ROADSIDE PROTECT mark and the Coach-Net Protect Suite marks in advertising and delivering Defendant's services, creates a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the services offered and delivered by Defendant.

22.     Defendant's false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the services of Defendant to the general public and trade is a willful violation of Section 43 of the Lanham Act, 15 U.S.C. §1125.

23.     Plaintiff has no adequate remedy at law and, if Defendant's actions are not enjoined, Plaintiff will continue to suffer irreparable harm to its reputation and the goodwill of its ROADSIDE PROTECT brand.

COUNT III

UNFAIR COMPETITION UNDER ILLINOIS COMMON LAW

24.     Plaintiff incorporates the allegations from paragraphs 1 through 23 as if fully set forth herein.

25.     The acts and conduct of Defendant as alleged above constitute unfair competition pursuant to the common law of the State of Illinois.

26.     Since its first use, Plaintiff's ROADSIDE PROTECT mark has become known in the market and to the consuming public and trade as the name for services originating from or through Plaintiff.

27.     The acts and conduct of Defendant, as a competitor of Plaintiff, are likely to cause confusion, mistake, and/or uncertainty among customers, end users, the trade and the public. These acts and conduct are likely to deceive and/or mislead the public by, among other things, leading the public to conclude, incorrectly, that the Defendant's services and websites and other advertising, among others, originate with, are sponsored by, associated with, or authorized by the Plaintiff, causing confusion, deception, mistake and uncertainty.

28.     The effect of Defendant's appropriation of Plaintiff's distinctive mark is to cause confusion and uncertainty in the Plaintiff's business and injure Plaintiff, pecuniary or otherwise, as well as to deceive and/or mislead the public.

29.     Defendant's conduct as alleged above has damaged Plaintiff and resulted in an unjust gain of profit to Defendant in an amount that is unknown at the present time.

8

COUNT IV

DECEPTIVE TRADE PRACTICES UNDER ILLINOIS LAW

30.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1-29 as if set forth in full herein.

31.     Defendant's use of the mark and name ROADSIDE PROTECT and the Coach-Net Protect Suite marks in offering and providing its vehicle assistance services constitutes a deceptive trade practice in violation of 815 ILCS 510/2 et seq. insofar as it:

   a)   passes off the Defendant's services as those of the Plaintiff;

   b)   causes likelihood of confusion or of misunderstanding as to the source; sponsorship, approval, or certification of Defendant's services;

   c)   causes likelihood of confusion or of misunderstanding as to affiliation; connection, sponsorship, or association with or certification by Plaintiff; and

   d)   represents that Defendant's services have sponsorship or approval that they do not have.

32.     Defendant's acts as stated above, constitute deceptive business practices in that as alleged previously, those acts in trade and commerce use and employ practices set out in Section 2 of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2 and/or constitute the use and/or employment of deception, fraud, false pretense, false promise, misrepresentations and/or the concealment, suppression and/or omission of a material fact, with an intent that others rely upon the concealment, suppression or omission of such material fact.

33.     Upon information and belief, Defendant has willfully engaged in deceptive trade practices, all to the injury of Plaintiff.

COUNT V

CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES UNDER ILLINOIS LAW

34.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1-33 hereof as if set forth in full herein.

35.     Defendant's acts as stated above, constitute deceptive business practices in that as alleged previously, those acts in trade and commerce use and employ practices set out in Section 2 of the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et seq., and/or constitute the use and/or employment of deception, fraud, false pretense, false promise, misrepresentation and/or the concealment, suppression and/or omission of a material fact, with an intent that others rely upon the concealment, suppression or omission of such material fact, all to the injury of Plaintiff.

WHEREFORE, Plaintiff, Roadside Protect, Inc., prays for judgment as follows:

1.     That Defendant, its directors, officers, agents, representatives, and employees, successors and assigns and all others acting in knowing consort with Defendant, be preliminarily and then permanently restrained and enjoined from:

a)  marketing, advertising, displaying offering, selling or performing vehicle assistance services in association with the marks and names ROADSIDE PROTECT, HAZARD PROTECT, RV PROTECT, ASSET PROTECT and/or FINISH PROTECT alone or in combination with any word, design or name, or any other mark, likely to cause confusion, mistake or deception with the service mark and trademark ROADSIDE PROTECT of Plaintiff;

b)  otherwise infringing the Plaintiff's service mark and trade name ROADSIDE PROTECT;

c) engaging in any other or further acts of unfair competition against Plaintiff;

d) engaging in any deceptive trade or business practices in the offering of vehicle assistance services under the designation ROADSIDE PROTECT or any other variation or simulation of the mark and name ROADSIDE PROTECT, including any mark that includes the term PROTECT;

e) be ordered to recall in commerce any materials used by Defendant in offering and/or providing vehicle assistance services in association with the mark and name ROADSIDE PROTECT, HAZARD PROTECT, RV PROTECT, ASSET PROTECT and/or FINISH PROTECT alone or in combination with any word, design, or name, or any other mark, likely to cause confusion, mistake or deception with Plaintiff's service mark and trade name ROADSIDE PROTECT;

f) be ordered to abandon or cancel any service mark applications or registrations filed or obtained for the marks ROADSIDE PROTECT, HAZARD PROTECT, RV PROTECT, ASSET PROTECT and/or FINISH PROTECT and any confusingly similar variations thereof, and assign to Plaintiff any domain names which include any such designation.

2. That Defendant be directed to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, advertisements, promotional materials, and/or other materials in its possession, custody or control which are within the United States of America, its territories and possessions, which display the marks and/or names ROADSIDE PROTECT, HAZARD PROTECT, RV PROTECT, ASSET PROTECT and/or FINISH PROTECT, and all means of making or affixing the same, pursuant to Section 36 of the Lanham Act, 15 U.S.C. §1118.

3. That Plaintiff be awarded its damages and the profits secured by Defendant as a result of Defendant's unlawful activities, and that said award be trebled as provided by law, or in

the alternative that Plaintiff be awarded statutory damages in an amount determined by the Court

for willful use of an infringing service mark.

4.      That a constructive trust be imposed on Defendant's receivable, and inventory

regarding services provided under the ROADSIDE PROTECT, HAZARD PROTECT, RV

PROTECT, ASSET PROTECT and/or FINISH PROTECT marks.

5.      That Plaintiff be awarded punitive damages in such amount as the Court shall find

sufficient to deter Defendant's willful unlawful conduct.

6.      That Plaintiff be awarded its costs incurred in this action, including its reasonable

attorney's fees.

7.      That Defendant be required to file with this Court and serve upon Plaintiff within

thirty (30) days after entry of the order of judgment, a report, in writing and under oath, setting

forth the manner and form of Defendant's compliance with the Court's Order.

8.      That Plaintiff have such other and further relief as is warranted by the facts

established at trial or which this Court may deem as just and equitable.

9.  PLAINTIFF DEMANDS TRIAL BY JURY

Respectfully submitted

By:   /s/Donald B. Garvey_____
Date: August  ___, 2016              Donald B. Garvey
                                     Attorney for Plaintiff


Donald B. Garvey (ARDC #0920320)
Donald B. Garvey & Associates, Ltd.
1 S 376 Summit Avenue, Suite 3C
Oakbrook Terrace, IL 60181
(630) 932-8900
garvlaw@sbcglobal.net

Howard B. Rockman (ARDC #2361051)
James N. Videbeck (ARDC #2900726)
Rockman, Videbeck & O'Connor
1 S 376 Summit Avenue, Suite 3A
Oakbrook Terrace IL 60181
Ph.(630) 627-4552
Fax (630) 627-2145
rockman@rvoiplaw.com
videbeck@rvoiplaw.com



# About Roadside Protect

During an unexpected roadside emergency, your customer needs a roadside assistance service that offers prompt, responsive and flawless attention to their problem. When that



Exhibit - A

Home    About    Markets Served    Key Benefits    Capabilities    Technology    Contact    What's New

# Driven Toward Perfection

We are a leading provider of specialty roadside assistance programs.
Transparent Data. Enhanced Services. Personalized Attention.

Learn More

## Competitive Advantage

**100% Data Transparency**

We offer full service usage data in real time to enable advanced customer handling strategies and cost management

**Enhanced Service Offerings**

As a leading roadside assistance administrator we manage all aspects of program implementation and management within any industry

**Client Driven Customization**

Our cloud based service platform can be customized to deliver industry leading roadside assistance services based on each client's needs

  

**About Roadside Protect**

During an unexpected roadside emergency, your customer needs a roadside assistance service that ...

Read More

**Technology**

The Roadside Protect Navigator Technology Platform features a proprietary suite of tools to deliver ...

Read More

**Capabilities**

When your customers encounter an unexpected road emergency and need help, you can be sure that ...

Read More

## Experience You Can Trust

  

  

**New SVP of Client Relations**

Roadside Protect hires a new SVP of Client Relations, Vince Sommer. Vince will manage national client partnerships in the Auto Manufacturer, Bank and Insurance ...

Read More

**Roadside Cares Award Granted**

June 10, 2016 - Roadside Protect, a leading provider of specialty roadside assistance programs is pleased to announce that Kyle Knotek is the recipient of a $1,000 Roadside ...

Read More

**Recent Posts**

Auto Road Services Acquisition

New National Sales Director

Quality Protect Launch

Click Here for Travel Planning, Booking, and Great Hotel Deals!

**About Us**

Roadside Protect is a full service roadside assistance administrator focused on delivering superior cost effective service to your customers.

**Read More**

**Contact Us**

**Roadside Protect, Inc.**
**1255 Hamilton Parkway**
**Itasca, IL 60143**
**888.929.2918**



COPYRIGHT © 2016 · ROADSIDE PROTECT, INC. · TERMS · PRIVACY POLICY

Case: 1:16-cv-08058 Document #: 1 Filed: 08/12/16 Page 17 of 27 PageID #:17

Home          About          Markets Served          Key Benefits          Capabilities

Technology          Contact          What's New

# About Roadside Protect

**We are a leading provider of specialty roadside assistance programs.**

## About Roadside Protect

During an unexpected roadside emergency, your customer needs a roadside assistance service that offers prompt, responsive and flawless attention to their problem. When that moment of truth arrives, you want the peace of mind of knowing you recommended a servic to your customer that delivers value on all three levels. If the service fails, you lose credibility and risk permanent damage to the customer relationship you worked so hard to build.

### Roadside Protect: "We'll Be There When You Need Us"

Case: 1:16-cv-08058 Document #: 1 Filed: 08/12/16 Page 18 of 27 PageID #:18







## Capabilities

## Management Team

## Technology

When your customers encounter an unexpected road emergency and need help, you can be sure that …

Read More

Executive Staff Roadside Protect supports its clients with a world class management team of …

Read More

The Roadside Protect Navigator Technology Platform features a proprietary suite of tools to deliver …

Read More

Roadside Protect understands that delivering quality roadside assistance doesn't happen by accident. It requires a well-managed effort supported by a team of professionals experienced in delivering worry-free emergency roadside services that re-assure your customers and strengthen your relationship with them.

## Proven Experience. Proven Leadership.

Since 2002 Roadside Protect has managed more than 2,000,000 dispatches and served clients in the following markets:

- Automotive & Transportation
- Financial & Membership
- Insurance
- Travel

Case: 4:16-cv-08058 Document #: 1 Filed: 08/12/16 Page 19 of 27 PageID #:19

- Employer

Led by a management team with significant professional experience directing some of the country's largest roadside experience and motor club programs, Roadside Protect is committed to delivering a better roadside assistance experience for your customers when it matters the most – during those critical minutes when they are stranded on the road and in need of help. A better roadside assistance experience means a satisfied customer who becomes a passionate ambassador for your brand to a larger market of potential new customers.

## A Full-Service Provider of Roadside Assistance Services

Our proprietary Navigator technology gives Roadside Protect a distinct, competitive advantage by allowing us to partner with our clients in transparent and real-time fashion to provide simple, secure, capable and scalable roadside assistance services.

- Enhanced service offerings, including event marketing and mobile apps designed to deliver roadside services to drivers in a real-time feedback loop that eliminates downtime and reduces stress.
- Customized services tailored to the specific needs of our clients and their customers.
- Ownership and operation of our own domestic call centers.
- Availability of enterprise level roadside assistance administrator services.

To learn more about how Roadside Protect can help you to improve the quality of your roadside assistance services and enhance your customer's experience, click here.



**Driven To Success**

We are a leading provider of specialty roadside assistance programs

**100 % Data Transparency**

**Enhanced Service Offering**

**Client Driven Customization**

## Let Us Demonstrate Our Capabilities

Your brand reputation is the most important asset your company relies on. Roadside Protect's quality roadside assistance products and services delivers the key benefits your customers value …

Contact Us Today

### About Us

Roadside Protect is a full service roadside assistance administrator focused on delivering superior cost effective service to your customers.

### Read More

**Contact Us**

Roadside Protect, Inc.
1255 Hamilton Parkway
Itasca, IL 60143
888.929.2918



COPYRIGHT © 2016 · ROADSIDE PROTECT, INC. · TERMS · PRIVACY POLICY



# Roadside Protect

**Reg. No. 4,379,337**

**Registered Aug. 6, 2013**

**Int. Cl.: 37**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROADSIDE PROTECT, INC. (ILLINOIS CORPORATION)
# 210
2800 W. HIGGINS ROAD
HOFFMAN ESTATES, IL 60169

FOR: EMERGENCY ROADSIDE ASSISTANCE SERVICES, NAMELY, RESPONDING TO CALLS FOR ROADSIDE ASSISTANCE, FLAT TIRE CHANGING, EMERGENCY FUEL SUPPLYING, AND BATTERY JUMP STARTING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-30-2003; IN COMMERCE 1-30-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROADSIDE", APART FROM THE MARK AS SHOWN.

SER. NO. 85-792,667, FILED 12-3-2012.

TINA BROWN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit - B



(https://coach-net.com/)

For Member Services, Call:

# 877.801.0333  (tel:877.801.0333)



f  g+  y  p  o  \  (/More 🔲

(http://twitter.com/CoachNet)(https://plus.google.com
/CoachNetServices)(https://www.facebook.com/CoachNetMobile)

MEMBER LOGIN (HTTPS://MEMBER.COACH-NET.COM/MEMBERACCESS
/MEMBERLOGIN.ASPX)

Menu



The Peace-Of-Mind
Protection You Deserve

Exhibit - C


ROADSIDE PROTECT™
(/Products
/Roadside-
Protect)


HAZARD PROTECT™
(/Products
/Hazard-Protect)

RV PROTECT™
(/Products
/RV-Protect)


ASSET PROTECT™
(/Products
/Asset-Protect)


FINISH PROTECT™
(/Products
/Finish-Protect)

(/subdom/klient
/index.php
/protection-
plans/finish-
protect)

# COMPLETE COVERAGE SOLUTIONS FOR YOUR RV

Since 1987, Coach-Net has provided roadside protection to RVers allowing them to travel in confidence knowing help is just a phone call away. Throughout the years, we've learned more about what RVers need to help them travel worry-free and enjoy RV ownership to the fullest.

Today we offer peace-of-mind-protection through a suite of services available through our participating dealerships.

- **Roadside Protect (/Products/Roadside-Protect)** - 24/7 RV technical and roadside assistance
- **Hazard Protect (/Products/Hazard-Protect)** - Tire and wheel protection on new and used RVs
- **RV Protect (/Products/RV-Protect)** - Extended service contract with low or no deductibles
- **Asset Protect (/Products/Asset-Protect)** - Guaranteed Asset Protection (GAP)
- **Finish Protect (/Products/Finish-Protect)** - Paint & fabric protection

You can learn more about the Coach-Net Protect suite of products by contacting us or one of our participating dealers. Simply complete the form and indicate the product(s) of interest. A Coach-Net Protection program will be customized to fit your individual needs.

## View Coach-Net Protect Suite

Roadside Protect (/Products /Roadside-Protect)

Hazard Protect (/Products/Hazard-Protect)

RV Protect (/Products /RV-Protect)

Asset Protect (/Products/Asset-Protect)

Finish Protect (/Products/Finish-Protect)

## TELL ME MORE!

To get a quote customized to suit your needs, simply complete the form below. A Representative will contact you with more information.

First Name*    Last Name*

City*    State/Prov/Postal    - Select    Code*

'roducts                                                                                    https://coach-net.com/Products

 **ROADSIDE PROTECT™**
(/Products /Roadside-Protect)

 **HAZARD PROTECT™**
(/Products /Hazard-Protect)

**RV PROTECT™**
(/Products /RV-Protect)

 **ASSET PROTECT™**
(/Products /Asset-Protect)

**FINISH PROTECT™**
(/Products /Finish-Protect)

**Email***

**Phone Number**

**Protect Suite Products***

☐ Asset Protect (GAP)

☐ Finish Protect (Paint & Fabric)

☐ Hazard Protect (Tire & Wheel)

☐ Roadside Protect

☐ RV Protect (Extended Service Agmt)

[ Submit ]

---

 # FIND A COACH-NET DEALER NEAR YOU (/Find-A-Dealer)
View our directory and browse dealers in your area.

### CLICK TO SEARCH

---

 **Coach-Net** CONNECTION newsletter
Subscribe Below!

Get advice from RV experts, add delicious recipes to your collection, learn fun RV tips, and discover interesting destinations all conveniently delivered to your Inbox.

**Email Address***

email address

**SUBSCRIBE**

* Required
By submitting this form you consent to receiving news and updates from Coach-Net, Inc. View our Privacy Policy (/Privacy-Policy).

## GET CONNECTED:

Let's Get Social!
We can Tweet, Like, and Pin together.

Follow

 **ROADSIDE ASSISTANCE IS NOW MOBILE**

Help is just a screen tap away with Coach-Net's free mobile app for iPhone and Android. You can quickly and easily request roadside assistance in just a few simple steps.

GET MORE INFO
(/COACH-NET-MOBILE)

Download the app:


(https://itunes.apple.com
/us/app
/coach-
net/id621629322?mt=8)


(http://play.google.com
/store
/apps/details?id=com.nmc.coachne

**Our Story**

About Us (/About-Us)
Leadership (/Coach-Net-Leadership)
News (/News)
Privacy Policy (/Privacy-Policy)

**Get Connected**

Contact Us (/More/Contact-Coach-Net)
FAQ (/More/Helpful-Tips)



f  g+  ✈  ✿  (https://www.instagram.com
(http://www.facebook.com-
/Coach-Net)

**Products**

Join Now! (https://member.coach-net.com/Secured/Membership.aspx)

Roadside Protect (/Products/Roadside-Protect)
Hazard Protect (/Products/Hazard-Protect)
RV Protect (/Products/RV-Protect)
Finish Protect (/Products/Finish-Protect)
Asset Protect (/Products/Asset-Protect)

**Travel & Adventure**

RV Tech Tips (http://blog.coach-net.com/category/tech-tips/)
Camping Recipes (http://blog.coach-net.com/category/favorite-recipes/)
Traveling with a Pet (http://blog.coach-net.com/category/traveling-with-your-pet/)
Kids & Camping (http://blog.coach-net.com/category/kids-and-camping/)
Healthy Lifestyle (http://blog.coach-net.com/category/healthy-lifestyle/)
RV Newbie (http://blog.coach-net.com/category/rv-newbie/)
RV Destinations (http://blog.coach-net.com/category/travel-destinations/)
More (http://blog.coach-net.com/)

Copyright © 2016 Coach-Net, Inc (https://www.coach-net.com)